

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00297-CV

**IN RE THE BRANDT COMPANIES, LLC**,
Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: May 3, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

On March 29, 2023, Relator The Brandt Companies, LLC filed a petition for a writ of mandamus and an emergency motion to stay the trial set for April 10, 2023.

On April 4, 2023, we granted Brandt's request for a stay. Subsequently, Real Parties in Interest filed a response opposing Brandt's petition.

On April 19, 2023, Relator filed a motion to dismiss its petition—which we grant.

We dismiss Relator's petition, and we vacate our April 4, 2023 stay.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-09922, styled *830 N. St. Mary's Hotel, Ltd. and Phoenix Hospitality Riverwalk, LLC v. DC Partners I, LP; The San Antonio Master Condominium Association; and the Arts Condominium Owners Association*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.